```
                  IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF TEXAS

                            BEAUMONT DIVISION

IVAN CRUZ                           §

VS.                                 §    CIVIL ACTION NO. 1:04cv670

FEDERAL BUREAU OF PRISONS           §
```

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Ivan Cruz, an inmate at the Federal Bureau of Prisons, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed for want of prosecution pursuant to FED.R.CIV.P. 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this __27__ day of _____February_____, 2006.

```
                                     _____
                                     THAD HEARTFIELD
                                     UNITED STATES DISTRICT JUDGE
```